**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00146-CV

### PAUL CLARENCE BAILEY, Appellant

### V.

### THE LAKE OF PRESTON VINEYARDS HOMEOWNERS ASSOCIATION, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00927-2012**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 21, 2013 we notified Niki D. Garcia, Official Court Reporter for the 366th Judicial District Court, that the reporter's record was overdue. We directed Ms. Garcia to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Niki D. Garcia to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that appellant has not been found indigent and has not paid or made arrangements to pay for the record.

We notify appellant that if we receive verification that no request for the record has been made or that he has not paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Niki D. Garcia, Official Court Reporter for the 366th Judicial District Court.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE